**MEMO ENDORSED**



# Kennedys

570 Lexington Avenue
8th Floor
New York
New York 10022
USA

**t** +1 212.252.0004
**f** +1 212.252.04444

**kennedyslaw.com**

**t** +1 646.625.4038
Jonathan.Hauptman@Kennedyslaw.com

January 6, 2023

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Crysknife Capital v. Liberty Specialty Markets et al.*, **22-cv-7912**
      <u>Joint Request to Extend Briefing Deadlines</u>

Dear Judge Failla:

We represent Defendants in the above-referenced action. With the approval of counsel for Plaintiff, we respectfully submit this request that the Court so-Order the following revised briefing schedule on the parties' anticipated dispositive motions:

- January 13, 2023 – Liberty's Motion (25 page limit)

- February 3, 2023 – Crysknife's Cross-Motion and Opposition to Liberty's Motion (40 page limit)

- February 24, 2023 – Liberty's Reply in support of its Motion and Opposition to Crysknife's Cross-Motion (25 page limit)

- March 3, 2023 – Crysknife's Reply in support of its Cross Motion (10 page limit)

This is the parties' first request to amend briefing deadlines.

Respectfully submitted,

/s/ Jonathan D. Hauptman

Jonathan D. Hauptman

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:*  Argentina, Australia, Belgium, Bermuda, Brazil, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 26.

Dated: January 6, 2023
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE