UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CRYSKNIFE CAPITAL, :
:  Case No. 22-cv-7912
                        Plaintiff, :  (KPF)(KHP)
:
   - against - :
:
LIBERTY SPECIALTY MARKETS and CERTAIN :
UNDERWRITERS AT LLOYD'S, SPECIFICALLY :
LIBERTY SYNDICATE 4472, :
:
                        Defendants. :
:
-------------------------------------------------------------------X
-------------------------------------------------------------------X
:
LIBERTY SPECIALTY MARKETS and CERTAIN :
UNDERWRITERS AT LLOYD'S, SPECIFICALLY :
LIBERTY SYNDICATE 4472, :
:
                        Counter-Plaintiffs, :
:
   - against - :
:
CRYSKNIFE CAPITAL, :
:
                        Counter-Defendant. :
:
-------------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL

Plaintiff Crysknife Capital and Defendants Liberty Specialty Markets and Certain Underwriters at Lloyd's, Specifically Liberty Syndicate 4472, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that the lawsuit, complaint and counterclaim be dismissed with prejudice, with each side to bear their own fees and costs.

Dated: December 19, 2023

_____
William J. Brennan
Jonathan D. Hauptman
Kennedys CMK LLP
570 Lexington Avenue – 8th Floor
New York, New York 10022
(212) 252-0004
William.Brennan@kennedyslaw.com
Jonathan.Hauptman@kennedyslaw.com
*Attorneys for Defendants*

_____
Eugene R. Licker
Ballard Spahr LLP
1675 Broadway, Floor 19
New York, NY 10019
(646) 346-8074
lickere@ballardspahr.com
*Attorneys for Plaintiff*

So Ordered:

_____